IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02834-AP

CLARA ANN LUCERO O/B/O/ J.L.,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        For Plaintiff:

        Michael W. Seckar
        402 W.12th Street
        Pueblo, CO 81003
        719.543.8636
        719.543.8403 (fax)
        seckarlaw@mindspring.com

        For Defendant:

        Sandra Krider
        Special Assistant United States Attorney
        Assistant Regional Counsel
        Office of the General Counsel
        Social Security Administration
        1961 Stout Street, Suite 1001-A
        Denver, CO 80294
        303.844.0015
        303.844.0770 (fax)
        sandra.krider@ssa.gov

**2.**    **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal. The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

    A. **Date Complaint Was Filed:** December 3, 2009

    B. **Date Complaint was Served on U.S. Attorney's Office**: January 27, 2010

    C. **Date Answer and Administrative Record Were Filed:** March 26, 2010

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

It appears the Administrative Record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The Plaintiff has not submitted nor does she intend to submit any additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

7. **OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court.

8. **BRIEFING SCHEDULE**

    A. **Plaintiff's Opening Brief**: May 24, 2010

    B. **Response Brief due:** June 23, 2010

    C. **Reply Brief due:** July 8, 2010

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiff's Statement:** The Plaintiff does not request oral argument.

    B. **Defendant's Statement:** The Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.  ( )   **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B. (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 13th day of April, 2010.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| APPROVED:<br><br>/s Michael W. Seckar<br>Michael W. Seckar<br>402 W.12th Street<br>Pueblo, CO 81003<br>719.543.8636<br>719.543.8403 (fax)<br>seckarlaw@mindspring.com<br><br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>/s Sandra T. Krider<br>Sandra T. Krider<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001-A<br>Denver, CO 80294<br>303.844.0015<br>303.844.0770 (fax)<br>sandra.krider@ssa.gov<br><br>Attorneys for Defendant |