**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 09-cv-02834-WJM-BNB

CLARA ANN LUCERO, o/b/o J.L., a minor child,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE
AND GRANTING MOTION FOR AWARD OF ATTORNEY'S FEES**

---

This matter is before the Court on the March 13, 2012 Recommendation of United States Magistrate Judge Boyd N. Boland (the "Recommendation") (ECF No. 25) that the Court grant Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 19) and award Plaintiff $6,130.37 in attorney's fees and costs. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 25, at 16.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been filed by either party (over a six-week period). "In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear

that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")).

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that "there is no clear error on the face of the record."  See Fed. R. Civ. P. 72(b) advisory committee's note.

In accordance with the foregoing, the Court ORDERS as follows:

(1)     The Magistrate Judge's Recommendation (ECF No. 25) is ADOPTED in its entirety;

(2)     Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 19) is GRANTED; and

(3)     Plaintiff is AWARDED $6,130.37 in attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 24th day of April, 2012.

BY THE COURT:

William J. Martínez
United States District Judge